IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>**4559 BENNING RD SE DE, LLC,**<br><br>Debtor. | ) <br> ) <br> ) <br> ) **Case No. 25-11583-MFW** <br> ) <br> ) **Chapter 7** <br> ) <br> ) <br> ) |

**ORDER GRANTING EMERGENCY MOTION OF THE DISTRICT OF COLUMBIA
TO VERIFY EXEMPTION FROM THE AUTOMATIC STAY
AND RELIEF FROM STAY**

Upon consideration of the District of Columbia's ("District") Emergency Motion to Verify District of Columbia Superior Court Litigation And Related Enforcement Actions Regarding Debtor is Excepted from the Automatic Stay Pursuant to 11 U.S.C. § 362(b)(4) Or, In the Alternative, Motion for Relief from the Automatic Stay Regarding Continuation of Prosecution of Non-Bankruptcy Litigation and Related Enforcement ("Motion to Verify") filed on September 2, 2025, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

1

**ORDERED** that pursuant to 11 U.S.C. § 362(b)(4), the District may continue its Superior Court litigation and may request a judgment from Superior Court as to civil penalties, attorneys' fees, and restitution for which the Debtor may be found liable; and it is further

**ORDERED** that the District is authorized to collect, enforce, and secure its claims by asserting and perfecting a lien against property of the estate for funds spent to relocate tenants and/or fund repairs at the property, and such actions shall not be deemed a violation of the automatic stay.

Dated: September 5th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE