IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>**4559 BENNING RD SE DE, LLC,**<br><br>Debtor. | ) ) ) ) Case No. 25-11583-MFW ) ) Chapter 7 ) ) ) |

**ORDER GRANTING EMERGENCY MOTION OF THE DISTRICT OF COLUMBIA
TO CONTINUE RETENTION OF STATE COURT-ORDERED
RECEIVER PURSUANT TO 11 U.S.C. § 543(d)**

Upon consideration of the District of Columbia's ("District") Emergency Motion to Continue Retention and Funding of State Court-Ordered Receiver Pursuant to 11 U.S.C. § 543(d) ("Motion to Retain") filed on September 2, 2025, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that that pursuant to 11 U.S.C. § 543(d)(1), cause having been shown, the Court finds that the interests of the creditors, tenants, and the estate are best served by excusing compliance with § 543(b) and continuing the appointment of the Receiver previously appointed by the District of Columbia Superior Court; and it is further

1

**ORDERED** that the Receiver shall remain in possession, custody, and control of the debtor's property and shall continue to exercise all powers and duties conferred upon the Receiver by the District of Columbia Superior Court and applicable law, including the collection of rents, management of the property, enforcement of housing and safety codes, and the funding of necessary repairs and operations; and it is further

**ORDERED** that the Receiver may be entitled to payment of reasonable compensation and reimbursement of expenses in accordance with 11 U.S.C. 543(c)(2) and 503 (b), subject to approval of this Court; and it is further

**ORDERED** that nothing herein shall prejudice the rights of the District of Columbia or other governmental units to enforce housing, safety, or other police and regulatory laws under <u>11 U.S.C. § 362(b)(4)</u>.

Dated: September 5th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
**UNITED STATES BANKRUPTCY JUDGE**