4559 Benning Rd se de LLC 25-11583

September 5, 2025 at 1:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Malcolm | Bates | Office of the United States Trustee | US Trustee | 25-11583-MFW | Video and Audio |
| Laura | Beckerman | DC Office of the Attorney General | | 25-11583-MFW | Video and Audio |
| Anabel | Butler | DC Office of the Attorney General | DC OAG (observing) | 25-11583-MFW | Audio Only |
| Neil | Dignon | Neil F. Dignon, Attorney at Law | Debtor | 25-11583-MFW | Video and Audio |
| Joseph | Gordon | | DC OAG Observer | 25-11583-MFW | Audio Only |
| Uday | Gorrepati | | | 25-11583-MFW | Audio Only |
| Ricardo | Palacio | | Trustee | 25-11583-MFW | Video and Audio |
| Emily | Richard | | DC OAG (Observer) | 25-11583-MFW | Audio Only |
| Laurel | Roglen | Ballard Spahr LLP | Velocity Commercial Capital, LLC | 25-11583-MFW | Video and Audio |
| Ian | Valkenet | Young & Valkenet | Brian J. Casey, as Court-Appointed Receiver | 25-11583-MFW | Video and Audio |
| Stephon | Woods | Office of the Attorney General for the District of Columbia | DC Office of the Attorney General | 25-11583-MFW | Video and Audio |